MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6740
    E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JODY DEMAR FONTENOT | Criminal No.:  CR 10-0778 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 2, 2010 TO JANUARY 25, 2011 AND SETTING MOTION SCHEDULE |

      The parties appeared before the Honorable Richard Seeborg on November 2, 2010.  On the motion of defendant, with no objection from the government, the Court found and held as follows:

      1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 2, 2010 to January 25, 2011, in light of the need for effective preparation of the case by defendant's counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

      2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 2, 2010 to January 25, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0778 RS

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2010 to January 25, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

In addition, at the November 2, 2010 hearing the defendant announced his intention to file a motion to suppress. The parties propose the following briefing schedule:

Defendant's Motion due on or before December 17, 2010

Government's Opposition due on or before January 11, 2011

Defendant's reply, if any, due on or before January 18, 2011

Hearing on Motion specially set for January 25, 2011 at 10:00 a.m.

DATED: November 3, 2010

/s/
KATHRYN HAUN
Assistant U.S. Attorney

/s/
GEOFFREY HANSEN
Counsel for Defendant

IT IS SO ORDERED.

DATED: 11/3/10

THE HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0778 RS                                                            2