## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

## JUDGE RICHARD SEEBORG

**Date: 4/5/11**                                            **Total Time: 5 min.**

**Case No: CR 10-00778-01 RS**

**TITLE: UNITED STATES OF AMERICA     -v- Jody Demar Fontenot (Present)**

**Counsel for Government: Kathryn Haun**

**Counsel for Defendant: Geoffrey Hansen**

**Interpreter:  n/a**           **U.S. Probation Officer: n/a**

**Deputy Clerk:     Corinne Lew**          **Court Reporter: Kathy Wyatt**

### PROCEEDINGS

Stipulated Facts Trial Hearing Held.

### SUMMARY

Stipulations for Bench Trial was signed.  The court found the defendant guilty.  Defendant remains on previously set release conditions.  The matter referred to Probation for a PSR and continued to **7/19/11 at 2:30 p.m. for Sentencing.**