STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant FONTENOT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR- 10-778 RS |
| --- | --- | --- |
| Plaintiff, | ) | ORDER |
| | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| JODY FONTENOT, | ) | |
| Defendant. | ) | |

    Because of the pendency of state charges relating to the allegations set forth in the Form 12 before the Court, the parties hereby stipulate that this matter be continued until August 25, 2015 for a status hearing.

Date: May 18, 2015            _____/s/_____
                                             Geoffrey A. Hansen
                                             Counsel for Jody Fontenot

Date: May 18, 2015            _____/s/_____
                                             Kathryn Haun
                                           Assistant United States Attorney

**IT IS SO ORDERED.**

Date:  5/19/15                 _____
                                             RICHARD SEEBORG
                                             UNITED STATES DISTRICT COURT JUDGE